# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-CR-9 (WLS) |
| | : | |
| JASON VANSHON JONES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant's Motion for Early Termination of Probation (Doc. 101) ("Motion"). The Government is hereby **ORDERED** to file a response to the Motion no later than **Tuesday, October 28, 2025**.

**SO ORDERED**, this __th day of October 2025.

/s/
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1